IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LARIOS,

      Plaintiff,                    No. 2:12-cv-1692 CKD P

      vs.

MIKE McDONALD,

      Defendant.                 ORDER

_____/

      Plaintiff, proceeding in forma pauperis and pro se, filed a civil rights complaint pursuant to 42 U.S.C. Section 1983. Plaintiff consented to have a United States Magistrate Judge conduct all further proceedings in this case pursuant to 28 U.S.C. Section 636(c)(1). By order filed August 27, 2012, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action be dismissed without
2  prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3  Dated: October 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8  lari1692.fta